In the Matter of MORRIS STREUSAND, an Attorney, Respondent.

First Department, May 5, 1939.

*S. C. Lewis* of counsel [*Einar Chrystie*], for the petitioner.

*Koenig, Bachner & Koenig*, attorneys for the respondent.

PER CURIAM. The respondent is censured because of the negligent manner in which he conducted the litigation of Mrs. Isabel Sullivan and the incorrect information he gave her concerning the status thereof. He is also censured for inserting in the stipulation settling the case of his client, Isabel Oppenheim, a statement that he held in escrow a duly executed release when such was not the fact.

Present — MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and COHN, JJ.

Respondent censured.